**Below is an order of the Court.**

*/s/ Trish M Brown*
**U.S. Bankruptcy Judge**

ORCRO (12/1/15) alp

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Northwest R.V. Sales, Inc.**
Debtor(s)

Case No. **16–63655–tmb7**

ORDER FOR RELIEF AND DESIGNATING PERSON TO PERFORM DUTIES OF DEBTOR; TRUSTEE APPOINTMENT

On consideration of the petition filed against the above−named debtor, and the Court finding that entry of an order for relief against the debtor is appropriate,

**IT IS ORDERED** that:

1. Relief under Chapter 7 of Title 11 of the United States Code is granted.

2. **Russell Johnson**, who represents the debtor in the capacity of **President**, is designated, pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, to perform the duties imposed upon the debtor by Title 11 of the United States Code and in particular by §521 and by Rule 1007 of the Federal Rules of Bankruptcy Procedure.

3. **The debtor (or designated person in ¶2 above)** shall attend the meeting of creditors at the time, date and place later to be fixed by the Court, and shall either:

    a. Per Fed. Rule Bankr. P. 1007(a)(2), file within 7 days: a list per Local Form 104 containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H; and

    b. Per Fed. Rule Bankr. P. 1007(c), file within 14 days: (1) the information required by, and in a format substantially similar to, Official Form 101 or 201; (2) a complete set of schedules; (3) a Statement of Financial Affairs; (4) (if the debtor is an individual) a §521 Individual Debtor's Statement of Intent as to Secured Property (Local Form 521.05); and (5) (if debtor an individual) a separate Statement of Social Security Number (Official Form 121).

4. (If debtor fails to comply with ¶3 above) The debtor(s) (or designated person in ¶2 above) shall appear before the Court, at which time testimony will be received if offered and admissible, at **11:00 AM,** on **2/28/17,** in **TELEPHONE HEARING, Hearing,** and explain the reasons, if any, for the failure to obey a lawful order of the Court. If you do not adequately explain your failure to obey, the Court may (i) order a third person to perform the duties mentioned above and enter a judgment against you to pay such person reasonable compensation for the services performed and other reasonable costs; (ii) deny your discharge for failure to obey a lawful order of the Court; or (iii) order such other relief as the Court may deem appropriate.

BANKRUPTCY JUDGE

###

Huffman Jeannie is appointed interim trustee of this estate. The trustee's bond shall be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE