| | | | |
|---|---|---|---|
| 02/28/2017 | | TUESDAY | Judge Trish M Brown |
| 11:00 | 16-63655 tmb 7  bk | Northwest R.V. Sales, Inc. | |

**Order to Show Cause**

Northwest R.V. Sales, Inc. - db
Huffman Jeannie - tr

Keith Karnes - petitioning creditors
Justin Leonard

Evidentiary Hearing:   Yes: ☐   No: ☐

RV - selling on consignment w/o paying the owner
- no longer operating
- no one appeared at the meeting of creditors.

Mr. Leonard will do a specific order to require cooperation.

Was an assignment for the benefit of creditors (Eder)

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers ☐

DOCKET ENTRY:

Run Date:   02/28/17