Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 16-63655-tmb7 |
|---|---|
| **Northwest R.V. Sales, Inc.,** Debtor. | **ORDER (1) DESIGNATING TRUSTEE TO PERFORM CERTAIN DUTIES OF DEBTOR AND (2) APPROVING SUPPLEMENTAL NOTICE TO CREDITORS** |

This matter comes before the Court on the motion (the "**Motion**") of Jeanne E. Huffman (the "**Trustee**"), chapter 7 trustee of the estate of the above-captioned debtor (the "**Debtor**"), for entry of an order, pursuant to 11 U.S.C. §§ 105(a), 521, 542, and Federal Rules of Bankruptcy Procedure 4002 and 9001(5), both (1) designating the Trustee to perform certain duties of the Debtor, and (2) approving a supplemental notice to creditors. A hearing on the Motion was held on April 18, 2017.

The Court having considered the Motion and addressing comments and changes to the proposed Order at the hearing, and being otherwise duly advised and informed,

/ / /

/ / /

**Page 1 of 3 –** ORDER (1) DESIGNATING TRUSTEE TO PERFORM CERTAIN DUTIES OF DEBTOR AND (2) APPROVING SUPPLEMENTAL NOTICE TO CREDITORS

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 16-63655-tmb7    Doc 33    Filed 04/18/17

NOW, THEREFORE, it is ORDERED:

1. The Trustee is hereby designated to file, to the best of her ability under the circumstances, the documents required in Paragraph 3 of the Court's prior Order for Relief and Designating Person to Perform Duties of Debtor; Trustee Appointment (Docket No. 5), including promptly uploading the creditor matrix in substantially the form attached as **Exhibit 1** to the Motion.

2. The Court shall not determine at this time whether Russell Johnson, the President of the Debtor, shall pay reasonable compensation to the Trustee and her professionals for the services performed and other reasonable costs related to the preparation and filing of the documents required hereunder. The Trustee may file such a motion at a later date.

3. For the reasons addressed in the Motion and on the record at the hearing, the Trustee may reschedule a meeting of creditors for May 4, 2017, at 2:00 p.m. (the "**Meeting of Creditors**") on shortened notice to creditors, so long as this order is uploaded and entered by the Court on April 18, 2017 to allow for prompt noticing.

4. Mr. Johnson shall appear and testify at the Meeting of Creditors.

5. The Clerk of the Court is authorized and directed to send an Official Form 309D Notice of the rescheduled meeting of creditors and deadlines for filing proofs of claim, including instructions on filing a proof of claim form in this Court electronically.

6. The form of a supplemental notice to creditors, substantially in the form attached to this Order (the "**Supplemental Notice**"), is hereby approved.

7. The Clerk of the Court shall serve a copy of the Supplemental Notice upon the creditor matrix, together with the Official Form 309D Notice.

# # #

*See Certification on Following Page*

Page 2 of 3 –   ORDER (1) DESIGNATING TRUSTEE TO PERFORM CERTAIN DUTIES OF DEBTOR AND (2) APPROVING SUPPLEMENTAL NOTICE TO CREDITORS

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 16-63655-tmb7    Doc 33    Filed 04/18/17

LBR 9021-1(a) Certification: This revised form of the proposed order is being uploaded with the changes requested by the Court at the hearing, after consultation with the Court's clerk. Upon entry of this Order, the undersigned counsel will continue to work with the Court to upload the matrix and to arrange the combined notice to creditors on April 18, 2017 for prompt service on the entire creditor matrix.

Presented by:

LEONARD LAW GROUP LLC

By: /s/ Justin D. Leonard
    Justin D. Leonard, OSB #033736
    Direct: 971.634.0192
    Email: jleonard@LLG-LLC.com

Counsel for Ch. 7 Trustee Jeanne E. Huffman

cc: Interested Parties, by ECF and by US Mail as follows: *none*

Page 3 of 3 – ORDER (1) DESIGNATING TRUSTEE TO PERFORM CERTAIN DUTIES OF DEBTOR AND (2) APPROVING SUPPLEMENTAL NOTICE TO CREDITORS

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 16-63655-tmb7    Doc 33    Filed 04/18/17